IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, *et al.*,[1]<br><br>　　　　Debtors. | Chapter 7<br><br>Case No. 23-10576 (TMH)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of CHRISTMAS TREE SHOPS, LLC *et al.*,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CONIFER SPECIALTIES, INC.,<br><br>　　　　Defendant. | Adv. Proc. No. 25-50837 (TMH) |

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Plaintiff, George L. Miller in his capacity as chapter 7 trustee of Christmas Tree Shops, LLC, *et al.*, (the "Plaintiff"), for the estates of the above-captioned debtors (the "Debtors") in the above-captioned cases pending under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code"), by and through his undersigned counsel and defendant Conifer Specialties, Inc. (the "Defendant," and together with Plaintiff, the "Parties"), enter into this *Stipulation for Extension of Time for Defendant to Answer or Otherwise Respond to the Complaint* (the "Stipulation") and hereby stipulate and agree as follows:

---

[1]　The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

4937-4016-5197.1 57097.001

1.	The Parties agree and stipulate that the time within which the Defendant may answer or otherwise respond to the *First Amended Complaint* [D.I. 3] in the above-captioned adversary proceeding is hereby extended to and including July 24, 2025.

2.	Except as specifically set forth herein, the Parties reserve all of their respective rights in this matter.

| | |
|---|---|
| Dated:  June 11, 2025 | Dated:  June 11, 2025 |
| PACHULSKI STANG ZIEHL & JONES LLP | PETERSON RUSSELL KELLY LIVENGOOD |
| */s/ Peter J. Keane* <br> Bradford J. Sandler (DE Bar No. 4142) <br> Peter J. Keane (DE Bar No. 5503) <br> Edward A. Corma (DE Bar No. 6718) <br> 919 North Market Street, 17th Floor <br> P.O. Box 8705 <br> Wilmington, DE 19899-8705 (Courier 19801) <br> Telephone: (302) 652-4100 <br> Facsimile:  (302) 652-4400 <br> Email: bsandler@pszjlaw.com <br>           pkeane@pszjlaw.com <br>           ecorma@pszjlaw.com <br><br> *Counsel to Plaintiff George L. Miller, Chapter 7 Trustee of Christmas Tree Shops, LLC, et al.* | */s/ Mike S. DeLeo* <br> Mike S. DeLeo <br> 10900 NE 4th Street, Suite 1850 <br> Bellevue, WA 98004-8341 <br> Telephone: 425-462-4700 <br> Email: mdeleo@prklaw.com <br><br> *Counsel to Defendant* <br> *CONIFER SPECIALTIES, INC.* |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, *et al.*,[1]<br><br>                Debtors. | Chapter 7<br><br>Case No. 23-10576 (TMH)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of CHRISTMAS TREE SHOPS, LLC *et al.*,<br><br>                Plaintiff,<br><br>vs.<br><br>CONIFER SPECIALTIES, INC.,<br><br>                Defendant. | Adv. Proc. No. 25-50837 (TMH) |

## **CERTIFICATE OF SERVICE**

I, Peter J. Keane, hereby certify that on the 11th day of June, 2025, I caused a copy of the following document(s) to be served on the individual(s) on the attached service list(s) in the manner indicated:

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

                                            */s/ Peter J. Keane*
                                            Peter J. Keane (DE Bar No. 5503)

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

CHRISTMAS TREE SHOPS, LLC –
Service List
re CONIFER SPECIALTIES, INC.,
Adv. Pro. No. 25-50837 (TMH)

**Email**
(*Counsel for CONIFER SPECIALTIES, INC.,*)
Mike S. DeLeo
10900 NE 4th Street, Suite 1850
Bellevue, WA 98004-8341
Telephone: 425-462-4700
Email: mdeleo@prklaw.com

*Counsel to Defendant*
*CONIFER SPECIALTIES, INC.*