## THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10576 (TMH)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his Capacity as Chapter 7 Trustee of CHRISTMAS TREE SHOPS, LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>CONIFER SPECIALTIES, INC.,<br><br>Defendant. | Adv. Pro. No. 25-50837 (TMH) |

## MEDIATOR'S STATUS REPORT

The undersigned mediator reports that a mediation is scheduled to occur between the above-captioned parties on August 4, 2026.

**COZEN O'CONNOR**

Dated: May 18, 2026

*/s/ Mark E. Felger*
Mark E. Felger (#3919)
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
(302) 295-2000
MFelger@cozen.com

*Court-Appointed Mediator*

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).